## DAVIS v. STATE.
### No. 20933.

Court of Criminal Appeals of Texas.
April 3, 1940.

M. G. McDonald and Thos. J. Pitts, both of Odessa, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted in the District Court of Ector County for the offense of murder with malice, and his penalty was assessed at confinement in the penitentiary for ninety-nine years.

The indictment appears regular. The evidence heard upon the trial is not brought forward for review. No complaints of the rulings of the trial court have been presented by bills of exception. No error appearing upon the record before us, the judgment is affirmed.